...

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LILY MORRIS,

        Plaintiff,

v.

TREGO/DUGAN AVIATION OF GRAND ISLAND INC., ALLEGIANT AIR, LLC, "JONE DOES 1-10" (The latter names being fictitious and used to connote unidentified persons responsible for this occurrence),

        Defendant.

Case No.: 7:20-cv-07755-VB

### ORDER GRANTING DEFENDANTS' MOTION FOR ORDER REQUIRING PLAINTIFF TO SUBMIT TO INDEPENDENT MEDICAL EXAMINATION

THIS MATTER is before the Court upon Defendants' Motion for Order Requiring Plaintiff to Submit to Independent Medical Examination.

It is hereby ORDERED AND ADJUDGED that Defendants' Motion for Order Requiring Plaintiff to Submit to Independent Medical Examination is GRANTED. Plaintiff shall attend an independent medical examination with Jordan C. Grabel, M.D. on Monday, March 1, 2021 at 2:00 p.m.

DONE AND ORDERED in Chambers in White Plains, New York, this 24th day of February, 2021.

VINCENT L. BRICCETTI
United States District Judge