UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LILY MORRIS,
                Plaintiff,

v.

TREGO/DUGAN AVIATION OF GRAND
ISLAND INC.; and ALLEGIANT AIR LLC,
                Defendants.
-----------------------------------------------------------x

**ORDER**

20 CV 7755 (VB)

As discussed at a case management conference held on the record today and attended by counsel for all parties, it is HEREBY ORDERED:

1.     Plaintiff shall file any supplemental expert disclosure by **September 24, 2021**. Plaintiff's expert disclosure will supersede and replace any prior disclosure.

2.     Defendants shall file any rebuttal expert report by **October 25, 2021**.

3.     The deadline to complete expert depositions is extended to **December 31, 2021**.

4.     By **January 12, 2022**, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, defendants shall file a letter setting forth the basis for any anticipated motion for summary judgment.

5.     By **January 19, 2022**, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, plaintiff shall respond to defendants' pre-motion conference letter.

6.     The next conference in this case shall take place on **January 26, 2022, at 2:30 p.m.**, which the Court anticipates will be a pre-motion conference in anticipation of a summary judgment motion. The Court expects to conduct this conference in person. Florida counsel appearing remotely shall use the following information to connect by telephone:

Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662

Access Code: 1703567

1

7.     No deadlines set forth herein will be extended absent good cause.

Dated: August 25, 2021             SO ORDERED:
       White Plains, NY

Vincent L. Briccetti
United States District Judge