UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LILY MORRIS,
                Plaintiff,

v.

TREGO/DUGAN AVIATION OF GRAND
ISLAND INC. and ALLEGIANT AIR LLC,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 7755 (VB)

      As discussed at a conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.     The case is referred to Magistrate Judge Andrew E. Krause for a settlement conference. The Court will separately issue an order of reference.

      2.     By **March 31, 2022**, the parties shall submit a Joint Pretrial Order, in accordance with Paragraph 4.A of the Court's Individual Practices.

      3.     By **April 29, 2022**, the parties shall file proposed voir dire, joint proposed jury instructions, a joint verdict form, and any motions in limine, in accordance with Paragraph 4.B of the Court's Individual Practices.

      4.     By **May 13, 2022**, the parties shall file oppositions to motions in limine, if any. No replies shall be filed without first seeking leave of the Court.

      5.     A final pre-trial conference is scheduled for **June 15, 2022, at 2:30 p.m.** The Court expects to conduct this proceeding in person at the Courthouse.

      6.     Jury selection and trial are **tentatively** scheduled to begin on **June 27, 2022, at 9:30 a.m.**, subject to the Court's COVID-19 scheduling protocols.

Dated: January 26, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge