UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Lily Morris,

                Plaintiff,                        20 Civ. 7755 (AEK)

    -against-                             **ORDER**

Trego/Dugan Aviation of Grand Island Inc., *et al.*,

                Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 80.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  August 29, 2022
        White Plains, New York

                                                               _____
                                                               ANDREW E. KRAUSE
                                                               United States Magistrate Judge